# DIVIDENDS REMITTED TO THE COURT

R: 150104

Case Number 08-11229 - DURHAM, BONITA MARGO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Us Bank/na Nd<br>Us Bank Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201-0000 | 000004 | 38.00 | 3.84 |
| ---------- Remittance Total ---------- | | 38.00 | 3.84 |

*[signature]*
LAUREN A. HELBLING, Trustee

*[Filed stamp: 2010 APR 14 PM 2:19 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*